Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 17−17888−CMG
                    Chapter: 13
                    Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Aaron Hughes
   214 West Union St
   Burlington, NJ 08016

Social Security No.:
   xxx−xx−9075

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 2, 2017.

On March 2, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:             April 1, 2020
Time:           10:00 AM
Location:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: March 2, 2020
JAN: mrg

                                                            Jeanne Naughton
                                                            Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                              Case No. 17-17888-CMG
Aaron Hughes                                                        Chapter 13
       Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2              Date Rcvd: Mar 02, 2020
                              Form ID: 185               Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2020.
db             #+Aaron Hughes,    214 West Union St,    Burlington, NJ 08016-1332
cr              +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                  Mt. Laurel, NJ 08054-3437
516774224       +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
516774228       +Citibank/Goodyear,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                  S Louis, MO 63179-0040
516774229       +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                  S Louis, MO 63179-0040
516774230       +Emrg Phy Assoc of S Jersey, PC,    PO Box 740021,    Cincinnati, OH 45274-0021
517065611       +POB 41067,    Norfolk VA 23541-1067
516774235      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                  ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court:   Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                  Frederick, MD 21701)
516832245       WELLS FARGO BANK, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,
                  MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
516774234       +Wells Fargo Bank Card,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438
516996396       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                  Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 02 2020 22:56:36     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 02 2020 22:56:35     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516774225      +E-mail/Text: cms-bk@cms-collect.com Mar 02 2020 22:56:29      Capital Management Services, LP,
                  698 1/2 south ogden st,   Buffalo, NY 14206-2317
516774226      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 02 2020 23:03:51      Capital One,
                  Po Box 30285,   Salt Lake City, UT 84130-0285
516785642      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 02 2020 23:04:29
                  Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
                  Irving, TX 75016-5028
516774227      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 02 2020 23:04:31
                  Capital One Auto Finance,    Attn: Bankruptcy Dept,    Po Box 30258,
                  Salt Lake City, UT 84130-0258
516923896       E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 02 2020 23:04:11      MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517029590      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 02 2020 22:56:35      MIDLAND FUNDING LLC,
                  PO Box 2011,   Warren, MI 48090-2011
516774231      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 02 2020 23:03:52
                  Merrick Bank/Geico Card,    Po Box 23356,    Pittsburg, PA 15222-6356
517047139       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2020 23:04:11
                  Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                  Norfolk VA 23541
517047166       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2020 23:04:31
                  Portfolio Recovery Associates, LLC,    c/o Goodyear,    POB 41067,   Norfolk VA 23541
517047170       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2020 23:04:31
                  Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                  Norfolk VA 23541
516774232      +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2020 23:04:27      SYNCB/Texaco,   Attn: Bankruptcy,
                  Po Box 103104,   Roswell, GA 30076-9104
516777379      +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2020 23:04:29      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516774233      +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2020 23:04:27      Synchrony Bank/Walmart,
                  Po Box 965064,   Orlando, FL 32896-5064
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517065610      Portfolio Recovery Associates, LLC,   c/o Shell Consumer
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 02, 2020
                              Form ID: 185             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2020 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
               ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank National Association
               ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION
               ajennings@rasflaw.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Craig Scott Keiser    on behalf of Creditor    WELLS FARGO BANK, N.A. craig.keiser@law.njoag.gov
              Kevin M. Buttery    on behalf of Creditor    U.S. Bank National Association bkyefile@rasflaw.com
              Kevin M. Buttery    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION bkyefile@rasflaw.com
              Lee Martin Perlman    on behalf of Debtor Aaron    Hughes ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com
              Lee Martin Perlman    on behalf of Debtor Sherbia J. Hughes ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity but solely as Owner Trustee for VRMTG Asset Trust. rsolarz@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Sindi   Mncina    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION smncina@rascrane.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 16
```