UNITED STATES BANKRUPTCY COURT
District of New Jersey

Albert Russo
CN 4853
Trenton, NJ  08650
(609) 587-6888
Standing Chapter 13 Trustee

Order Filed on December 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Aaron Hughes
Sherbia J. Hughes

Debtor(s)

Case No.: 17-17888 / CMG

Hearing Date: 12/02/2020

Judge: Christine M. Gravelle

Chapter: 13

## ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S MOTION TO DISMISS OR
## CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED:** December 3, 2020

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $40,272.60 paid to date

- Debtor(s) shall remit $287.00 per month to the Trustee for 12 months beginning 12/1/20

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court

District of New Jersey

In re:  
Aaron Hughes  
    Debtor(s)

Case No. 17-17888-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 03, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Aaron Hughes, 214 West Union St, Burlington, NJ 08016-1332 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ajennings@rasflaw.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association ajennings@rasflaw.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S BANK NATIONAL ASSOCIATION ajennings@rasflaw.com |

Craig Scott Keiser
 on behalf of Creditor WELLS FARGO BANK  N.A. craig.keiser@law.njoag.gov

Kevin M. Buttery
 on behalf of Creditor U.S. Bank National Association bkyefile@rasflaw.com

Kevin M. Buttery
 on behalf of Creditor U.S BANK NATIONAL ASSOCIATION bkyefile@rasflaw.com

Lee Martin Perlman
 on behalf of Debtor Aaron Hughes ecf@newjerseybankruptcy.com  mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman
 on behalf of Debtor Sherbia J. Hughes ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Nicholas V. Rogers
 on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com

Rebecca Ann Solarz
 on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust. rsolarz@kmllawgroup.com

Sherri Jennifer Smith
 on behalf of Creditor WELLS FARGO BANK  N.A. ssmith@pincuslaw.com, nj.bkecf@fedphe.com

Sindi Mncina
 on behalf of Creditor U.S BANK NATIONAL ASSOCIATION smncina@rascrane.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15