UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**IN RE:**

Aaron Hughes

    Debtor.

Case No. 17-17888
Honorable Christine M. Gravelle
Chapter 13

## MIDLAND CREDIT MANAGEMENT, INC.'S NOTICE OF SATISFACTION OF PROOF OF CLAIM #4

**NOW COMES** Creditor, Midland Credit Management, Inc. as agent for Midland Funding, LLC, and hereby provides notice that the Proof of Claim #4 filed on August 25, 2017 in the amount of $638.60, has been satisfied.

*[FILED stamp: JEANNE A. NAUGHTON, CLERK, MAY 10 2022, U.S. BANKRUPTCY COURT, CAMDEN N.J., BY [signature] DEPUTY]*

Respectfully submitted:

**Danielle Cottrelle on behalf of Midland Credit Management, Inc.**

/s/ Danielle Cottrelle
Bankruptcy Specialist
PO Box 2011
Warren, MI 48090
(877) 495-2902
MBX_ILMS_Bankruptcy@MCMCG.com

Dated: May 4, 2022

PO BOX 2037
WARREN, MI 48090

Address Service Requested

U.S. Post Office and Courthouse
401 Market Street
Second Floor
Camden, NJ 08101