UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:

Aaron Hughes

Order Filed on October 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  17-17888 CMG

Chapter:  13

Judge:  CMG

# ORDER TO EXCUSE DEBTOR'S
# CERTIFICATE IN SUPPORT OF DISCHARGE REQUIREMENT

The relief set forth on the following page is hereby ORDERED.

**DATED: October 19, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In Re: Aaron Hughes
Case No. 17-17888 CMG
Order on Debtor's Motion Excusing Debtor's Certificate in Support of Discharge Requirement

---

The debtor having filed a motion Excusing Debtor's Certificate in Support of Discharge Requirement, and the court having considered the matter and any opposition thereto, and for good cause shown, it is hereby

**ORDERED** that the Debtor, Aaron Hughes, is excused from filing the Certificate in Support of Discharge, and the requirement to complete a financial management course is hereby waived.