**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Aaron Hughes** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–9075 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–17888–CMG | |

# Order of Discharge                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Aaron Hughes

10/20/22                                **By the court:** Christine M. Gravelle
                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Aaron Hughes  
    Debtor

Case No. 17-17888-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Oct 20, 2022      Form ID: 3180W      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aaron Hughes, 15 Beverly Lane, Louisburg, NC 27549-6618 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516774230 | + | Emrg Phy Assoc of S Jersey, PC, PO Box 740021, Cincinnati, OH 45274-0021 |
| 517065611 | + | POB 41067, Norfolk VA 23541-1067 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 20 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 20 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516774224 | ^ | MEBN | Oct 20 2022 20:30:24 | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 516774225 | + | Email/Text: cms-bk@cms-collect.com | Oct 20 2022 20:31:00 | Capital Management Services, LP, 698 1/2 south ogden st, Buffalo, NY 14206-2317 |
| 516774226 | + | EDI: CAPITALONE.COM | Oct 21 2022 00:28:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516785642 | + | EDI: AISACG.COM | Oct 21 2022 00:28:00 | Capital One Auto Finance, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| 516774227 | + | EDI: CAPONEAUTO.COM | Oct 21 2022 00:28:00 | Capital One Auto Finance, Attn: Bankruptcy Dept, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 516774228 | + | EDI: CITICORP.COM | Oct 21 2022 00:28:00 | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516774229 | + | EDI: CITICORP.COM | Oct 21 2022 00:28:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516923896 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2022 20:43:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517029590 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2022 20:32:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516774231 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2022 20:44:17 | Merrick Bank/Geico Card, Po Box 23356, Pittsburg, PA 15222-6356 |
| 517047139 | | EDI: PRA.COM | Oct 21 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517047166 | | EDI: PRA.COM | Oct 21 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2022 | Form ID: 3180W | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | Goodyear, POB 41067, Norfolk VA 23541 |
| 517047170 | | EDI: PRA.COM | Oct 21 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516774232 | + | EDI: RMSC.COM | Oct 21 2022 00:28:00 | SYNCB/Texaco, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 516777379 | + | EDI: RMSC.COM | Oct 21 2022 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516774233 | + | EDI: RMSC.COM | Oct 21 2022 00:28:00 | Synchrony Bank/Walmart, Po Box 965064, Orlando, FL 32896-5064 |
| 516774235 | | EDI: WFFC.COM | Oct 21 2022 00:28:00 | Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 516832245 | + | EDI: WFFC2 | Oct 21 2022 00:28:00 | WELLS FARGO BANK, N.A., Wells Fargo Bank, N.A., Default Document Processing, MAC N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 516774234 | + | EDI: WFFC2 | Oct 21 2022 00:28:00 | Wells Fargo Bank Card, Mac F82535-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 516996396 | | EDI: WFFC2 | Oct 21 2022 00:28:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Midland Credit Management, Inc. |
| 517065610 | | Portfolio Recovery Associates, LLC, c/o Shell Consumer |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |

Case 17-17888-CMG    Doc 81    Filed 10/22/22    Entered 10/23/22 00:13:39    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2022 | Form ID: 3180W | Total Noticed: 26 |

| | |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor U.S BANK NATIONAL ASSOCIATION ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association ajennings@raslg.com |
| Craig Scott Keiser | on behalf of Creditor WELLS FARGO BANK  N.A. craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin M. Buttery | on behalf of Creditor U.S. Bank National Association kbuttery@moodklaw.com |
| Kevin M. Buttery | on behalf of Creditor U.S BANK NATIONAL ASSOCIATION kbuttery@moodklaw.com |
| Lee Martin Perlman | on behalf of Debtor Aaron Hughes ecf@newjerseybankruptcy.com  mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Debtor Sherbia J. Hughes ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Nicholas V. Rogers | on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com |
| Sindi Mncina | on behalf of Creditor U.S BANK NATIONAL ASSOCIATION smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14