UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:

Aaron Hughes

Order Filed on October 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   17-17888 CMG

Chapter:   13

Judge:   CMG

## ORDER TO EXCUSE DEBTOR'S
## CERTIFICATE IN SUPPORT OF DISCHARGE REQUIREMENT

The relief set forth on the following page is hereby ORDERED.

**DATED: October 19, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In Re: Aaron Hughes
Case No. 17-17888 CMG
Order on Debtor's Motion Excusing Debtor's Certificate in Support of Discharge Requirement

The debtor having filed a motion Excusing Debtor's Certificate in Support of Discharge Requirement, and the court having considered the matter and any opposition thereto, and for good cause shown, it is hereby

**ORDERED** that the Debtor, Aaron Hughes, is excused from filing the Certificate in Support of Discharge, and the requirement to complete a financial management course is hereby waived.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-17888-CMG
Aaron Hughes  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 20, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aaron Hughes, 15 Beverly Lane, Louisburg, NC 27549-6618 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S BANK NATIONAL ASSOCIATION ajennings@raslg.com |
| Craig Scott Keiser | on behalf of Creditor WELLS FARGO BANK  N.A. craig.keiser@law.njoag.gov |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 20, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Denise E. Carlon
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kevin M. Buttery
    on behalf of Creditor U.S. Bank National Association kbuttery@moodklaw.com

Kevin M. Buttery
    on behalf of Creditor U.S BANK NATIONAL ASSOCIATION kbuttery@moodklaw.com

Lee Martin Perlman
    on behalf of Debtor Aaron Hughes ecf@newjerseybankruptcy.com  mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman
    on behalf of Debtor Sherbia J. Hughes ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Nicholas V. Rogers
    on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com

Sindi Mncina
    on behalf of Creditor U.S BANK NATIONAL ASSOCIATION smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14